**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BOBBIE JARVIS, | : | Case No. 1:17-cv-859 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21)**

This case is before the Court pursuant to the Order of General Reference to United

States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate

Judge reviewed the pleadings and, on December 21, 2018, submitted a Report and

Recommendation (Doc. 21). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that the Report and Recommendation should be and is hereby adopted in its

entirety. Accordingly:

1.  The Report and Recommendation (Doc. 21) is **ADOPTED**;

2.  The parties' joint stipulation for an award of attorney fees (Doc. 20) is
    **GRANTED**; and

3.  Plaintiff is awarded attorney fees in the amount of $3,200.00.

4. The Clerk shall enter judgment accordingly.


**IT IS SO ORDERED.**

Date:        2/27/19                    *s/ Timothy S. Black*

Timothy S. Black
United States District Judge